

## MEMORANDUM

**To:**       The Honorable Richard G Stearns,
              U.S. District Judge

**From:**    Andrew McGrath,
              U.S. Probation Officer

**Re:**       Pierre-Louis, Marvin
              **Docket #: 0101 1:22-cr-10145-RGS**
              **Request to Suspend RRC & Vocational Training Condition**

**Date:**     October 7, 2024

---

The purpose of this memorandum is to request that a special condition of supervised release imposed by the Court be suspended. Your Honor may recall that the above-captioned individual appeared before the Court on May 4, 2023, for sentencing after previously pleading guilty to Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1), Possession of Access Device Making Equipment, in violation of 18 U.S.C. § 1029(a)(4), Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(c), Wire Fraud, in violation of 18 U.S.C. § 1343. He was sentenced to 24 months in custody followed by 3 years of supervised release. The Court imposed special conditions including the following:

**The defendant shall participate in a vocational services training program, as directed by the U.S. Probation Office. Such program may include job readiness training and/or skills development training. The defendant shall be required to contribute to the costs of programming based on the ability to pay or availability of third-party payment.**

**You are to reside for a period of up to six months in a Residential Re-Entry Center, or until appropriate housing is approved by the probation Office and must observe the rules of that facility.**

Since November 2023, Mr. Pierre-Louis has been employed full-time at Nickles & Dimes. Additionally, since January 2024, Mr. Pierre-Louis has been residing in approved housing and does not need the services of the RRC. Considering Mr. Pierre-Louis's employment and housing status, the Probation Office believes that vocational services training and the RRC is not necessary at this time and respectfully requests that the Court suspend the special conditions requiring such participation. The Probation Office will continue to monitor Mr. Pierre-Louis's progress and will notify the Court if vocational training and the RRC becomes necessary. If Your Honor concurs with this recommendation, could you please indicate by endorsing below.

Reviewed & Approved

*/s/ Christopher Foster*
Christopher Foster
Supervisory U.S. Probation Officer

___

 **XX** I concur

_____ I do not concur

   **/s/ Richard G. Stearns**
The Honorable Richard G. Stearns
U.S. District Judge

Date:   **10/8/2024**